**Order entered July 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00721-CV

**MARK A. TICER, D/B/A LAW OFFICE OF MARK A. TICER, Appellant**

**V.**

**REED MIGRAINE CENTERS OF TEXAS, PLLC, KENNETH L. REED, M.D.,
NEURO STIM TECHNOLOGIES, LLC, CASEY GRIFFITH,
AND KLEMCHUCK KUBASTA, LLP, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-03338-B**

## ORDER

Before the Court is court reporter Lanetta Williams's July 25, 2017 request to extend time to file the reporter's record. We **GRANT** Ms. Williams's request and **ORDER** the reporter's record filed on or before **August 25, 2017**.

/s/      CRAIG STODDART
JUSTICE